No. 11–838. MACARELLI, ADMINISTRATRIX OF THE ESTATE OF HALLORAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

JUSTICE KAGAN took no part in the consideration or decision of this petition. 